**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PENTIUK, COUVREUR, AND KOBILJAK, P.C., | No. MC S-07-0089-JAM-CMK |
| Plaintiff, | |
| vs. | ORDER TO APPEAR FOR EXAMINATION |
| EAGLE LITERACY GROUP, INC, et al., | |
| Defendants. | |

TO:   Robert Hanson, Jr.

You are ordered to appear personally before this court to furnish information to aid in enforcement of a money judgment against you. The examination will take place on May 9, 2012, commending at 10:00 a.m. at 2986 Bechelli Lane, 3rd Floor, Redding, California 96002. Failure to appear may result in the imposition of sanctions, including but not limited to a finding of contempt of court.

/ / /

/ / /

/ / /

1

This order may be served by a sheriff, marshal, or registered process server.

IT IS SO ORDERED.

DATED: March 29, 2012

                                             **CRAIG M. KELLISON**
                                             UNITED STATES MAGISTRATE JUDGE